Neil M. Zipkin
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
Attorneys for Plaintiffs

**FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y**

★ JUN 28 2011 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LONG ISLAND OFFICE**

---------------------------x

JETMAX LIMITED and JETMAX
INTERNATIONAL, LTD.,

           Plaintiffs,

v.

TOYO ELECTRIC MFG. CO. LTD. and
BIG LOTS STORES, INC.,

           Defendants.

---------------------------x

Civil Action No. CV 11-2114
(LDW) (WDW)

**NOTICE OF DISMISSAL
WITH PREJUDICE
PURSUANT TO RULE 41(A)(1)(A)(a)
FED. R. CIV. P.**

Please take notice that Plaintiffs Jetmax Limited and Jetmax International, Ltd. hereby dismiss the Complaint in the above action against Defendant Big Lots Stores, Inc. with prejudice, with each party to bear its own costs and counsel fees.

           Respectfully submitted,

           AMSTER, ROTHSTEIN & EBENSTEIN LLP
           Attorneys for Plaintiffs
           90 Park Avenue
           New York, New York 10016
           (212) 336-8000

           By: _____
              Neil M. Zipkin (NZ 4718)

Dated: New York, New York
       June 24, 2011

484915.1            Exhibit 3

484915.1

MOVANT'S COUNSEL TO DISPATCH TO SERVE A COPY
OF THIS ORDER ON ALL PARTIES UPON RECEIPT.